UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RHONDA GINGERICH,

        Plaintiff,

v.

Case Number 07-12226-BC
Honorable Thomas L. Ludington

COUNTY OF IOSCO, *a Michigan governmental entity*, MICHAEL R. FISCHER, *Sheriff, in his official capacity and individual capacity*, and GARY A. VANRIPER, *Jail Administrator and Acting Under Sheriff, in his official and individual capacity,*

        Defendants.
_____/

## **ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Rhonda Gingerich's motion for interim injunctive relief [Dkt. # 27] is presently before the Court. Plaintiff is presently employed at the County of Iosco sheriff's department. Plaintiff's complaint alleges that her current supervisors, Defendants Fischer and Vanriper, retaliated against her for reporting the alleged violation of a state court order by a former County of Iosco under sheriff. Plaintiff alleged that Defendants suspended her from employment for a period of four days. Her instant motion seeks to enjoin any further retaliatory action.

On February 26, 2008, the Court heard oral arguments regarding the motion. At the conclusion of the hearing, the Court denied Plaintiff's motion on the record. The Court concluded that Plaintiff had not demonstrated a likelihood of success on the merits, or the likely potential of irreparable harm. *See Chabad v. City of Cincinnati*, 363 F.3d 427, 432-36 (6th Cir. 2004). Moreover, the Court found that Plaintiff had not shown any identifiable retaliatory conduct by Defendants since her suspension. *Id.*

Accordingly, it is **ORDERED** that Plaintiff's motion for interim injunctive relief [Dkt. # 27] is **DENIED**.

                                                           s/Thomas L. Ludington
                                                         THOMAS L. LUDINGTON
                                                         United States District Judge

Dated: February 27, 2008

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 27, 2008.

                              s/Tracy A. Jacobs
                              TRACY A. JACOBS